AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Indiana

| | | |
|---|---|---|
| Janet Trawick | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:24-cv-01334 |
| Wahido Lending d/b/a River Valley Loans, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Janet Trawick                                                                                    .

Date:        09/11/2024                                    /s/ Lucas M. Coughlin
                                                    *Attorney's signature*

                                                    Lucas M. Coughlin #6347601
                                                    *Printed name and bar number*

                                                    Edelman, Combs, Latturner & Goodwin, LLC
                                                    20 S. Clark Street, Ste.1800
                                                    Chicago, IL 60603

                                                    *Address*

                                                    lcoughlin@edcombs.com
                                                    *E-mail address*

                                                    (312) 739-4200
                                                    *Telephone number*

                                                    (312) 419-0379
                                                    *FAX number*